No. 16,959.

ERBAUGH v. GREGORY ET AL.
(258 P. [2d] 1008)

Decided June 22, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. CHARLES OSCAR ERBAUGH, Pro se, Messrs. McDOUGAL, KLINGSMITH & ROGERS, for plaintiff in error.

Mr. HORACE B. HOLMES, for defendants in error.